IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MEPHAM HENSLEY,<br><br>    Petitioner,<br><br> v.<br><br>JEANNE S WOODFORD,<br><br>    Respondent.<br>_____/ | No. CV 06-02001 MJJ<br><br>**JUDGMENT IN A CIVIL CASE** |

    ( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**.  The Petition for a writ of habeas corpus is DENIED and judgment is entered in favor of Respondent and against Petitioner.

Dated: 7/11/07                                          Richard W. Wieking, Clerk

                                                                  By: Edward Butler<br>
                                                                     Deputy Clerk